**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re:<br><br>**KAREN R. MERRITT,**<br>**DEBTOR** | **Case No. 18-11840-MSH**<br>**(Chapter 13)** |

**MOTION FOR EXPEDITED HEARING AND APPROVAL OF SHORTENED OBJECTION PERIOD**

**(Request for Expedited Determination)**

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

Pursuant to 11 U.S.C. § 105(a), Federal Rule of Bankruptcy Procedure ("FRBP") 9006(c)(1) and Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Massachusetts ("MLBR") 2002-1(a), 4001-(c) and 9013-1 (d) and (g), PENSCO Trust Company Custodian, f/b/o James P. Tiernan IRA ("Tiernan IRA"), and PENSCO Trust Company Custodian, f/b/o Richard J. Fagan ("Fagan IRA"), secured creditors in the above-captioned bankruptcy case (collectively "the IRAs"), file this Motion for Expedited Hearing Approval of Shortened Objection Period ("this Motion") with respect to the IRAs previously filed Motion for Relief from Automatic Stay and Co-Debtor Stay dated July 9, 2018 ("Motion for Relief") (Docket No. 29). As noted above, given the exigent circumstances involved, the IRA's seek expedited determination of this Motion. If this Motion is granted, the IRAs request a new hearing date be set down for one of the following dates and time: (a) August 3, 2018 at 9:00AM (or 10:00 AM if 9:00 AM is unavailable); August 6, 2018 at 9:00AM (or 10:00 AM if 9:00 AM is unavailable); and August 10 2018 at 9:00AM (or 10:00 AM if 9:00 AM is unavailable);

IN SUPPORT of this Motion, the IRAs state as follows:

1.      As stated in the Motion for Relief, the IRAs seek relief from the automatic stay for cause, and by extension, from the co-debtor stay, in order to permit the IRAs to

07/23/2018 Denied. There appears to be no connection between the relief requested in the stay relief motion (namely to commence and/or continue foreclosure and eviction proceedings) and the concerns raised in this motion.