**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re:<br><br>**KAREN R. MERRITT,**<br>DEBTOR | **Case No. 18-11840-MSH**<br>**(Chapter 13)** |

**MOTION FOR RECONSIDERATION OF MOTION FOR EXPEDITED HEARING AND APPROVAL OF SHORTENED OBJECTION PERIOD**

**(Request for Expedited Determination)**

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES PENSCO Trust Company Custodian, f/b/o James P. Tiernan IRA ("Tiernan IRA"), and PENSCO Trust Company Custodian, f/b/o Richard J. Fagan ("Fagan IRA"), secured creditors in the above-captioned bankruptcy case (collectively "the IRAs"), and respectfully request this Honorable Court to reconsider its denial of the IRAs Motion for Expedited Hearing Approval of Shortened Objection Period ("the Motion") (See Docket No. 43). The IRAs contend, most respectfully, that the initial decision was "manifestly unjust" and that the Court should reconsider and allow the Motion. See *Nunes v. Ashcroft,* 348 F.3d 815, 815 (9th Cir. 2003).

IN SUPPORT of this Motion, the IRAs state as follows:

1. In denying the Motion, the Court stated as follows:

   "THERE APPEARS TO BE NO CONNECTION BETWEEN THE RELIEF REQUESTED IN THE STAY RELIEF MOTION (NAMELY TO COMMENCE AND/OR CONTINUE FORECLOSURE AND EVICTION PROCEEDINGS) AND THE CONCERNS RAISED IN THIS MOTION."

2. By way of this Motion, the IRAs reemphasize and underscore that there is clearly a connection between the relief requested, i.e., the need to move up the hearing date on the IRAs Motion for Relief from Automatic Stay and Co-Debtor Stay ("Motion for Relief") a mere two to three weeks, and the relief sought by the Motion for Relief.

3. Succinctly stated, the property which the IRAs seek relief from both

07/25/2018 Granted; the hearing on [29] Motion of PENSCO Trust Company Custodian, f/b/o James P. Tiernan IRA, PENSCO Trust Company Custodian, f/b/o Richard J. Fagan IRA for Relief from Automatic Stay and Co-Debtor Stay Re: 7 Brayton Woods Drive, Rehoboth, MA is hereby rescheduled to August 7, 2018, at 10:15 AM. The Movant shall give immediate notice of this order to all interested parties and file a certificate of service of such notice forthwith.