

08/08/2018 Allowed. The case is dismissed subject to the debtor's ineligibility to file another case under title 11 of the US Code during the next 180 days pursuant to section 109(g)(2).

# United States Bankruptcy Court
### District of Massachusetts

In re **Karen R Merritt**                                                                 Case No. **18-11840**

Debtor(s)                                                                                 Chapter **13**

## MOTION TO DISMISS CASE

Debtor, **Karen R Merritt**, commenced this case on **May 16, 2018** by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

1.  On or about **August 6, 2018** debtor seeks dismissal of her Chapter 13 Bankruptcy Case.

WHEREFORE, Debtor prays for an Order dismissing the Chapter 13 Case and for such additional or alternative relief as may be just and proper.

Dated: **August 6, 2018**

**Karen R Merritt**
**Debtor**
By Counsel:

/s/ Constant S. Poholek
Constant S. Poholek
BBO 556832
30 Washington Street
Attleboro, MA  02703
508-761-0471